**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br>vs.<br><br>JULIANA MARIE LLC, a California Corporation; SHARON HALK; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.:　2:16-cv-02774-JAM-DB<br><br>**ORDER FURTHER EXTENDING TIME FOR DEFENDANT JULIANA MARIE LLC TO RESPOND TO COMPLAINT**<br><br>Complaint Served:　　January 17, 2017<br>Current Response Date:　March 7, 2017<br>New Response Date:　　March 21, 2017<br><br>Trial Date:　　Not Set<br>District Judge:　Hon. John A. Mendez |

　　Upon the stipulation of Plaintiff Scott Johnson ("Plaintiff") and Defendant Juliana Marie, LLC ("Defendant"), by and through their respective counsel, and good cause appearing,

　　IT IS ORDERED that Defendant's time to respond to Plaintiff's Complaint is extended through and including March 21, 2017.

Dated: March 2, 2017

　　　　　　　　　　　　　　　　/s/ John A. Mendez
　　　　　　　　　　　　　　　　Hon. John A. Mendez
　　　　　　　　　　　　　　　　United States District Court Judge